IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01848-PAB-KLM

STEVEN HEFLEY,

    Plaintiff,

v.

OMNITRAX LEASING, LLC, and
OMNITRAX, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion for Counsel Brett Davis to Appear at Scheduling Conference by Telephone** [Docket No. 12; Filed November 4, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference is set for **November 17, 2010, at 9:30 a.m.**  At that date and time, Plaintiff's counsel shall contact the Court at **(303) 335-2770** to participate.

    Dated:  November 4, 2010