IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01848-PAB-KLM

STEVEN HEFLEY,

    Plaintiff,

v.

OMNITRAX LEASING, LLC and
OMNITRAX, INC.,

    Defendants.
_____

**ORDER ADMINISTRATIVELY CLOSING CASE**
_____

    This matter is before the Court on the parties' jointly-filed Notice of Settlement and Stipulated Motion to Stay [Docket No. 38]. The parties have reached a settlement of this matter. Because plaintiff has a pending bankruptcy case, however, the settlement must be approved by the bankruptcy court. "The parties . . . do not have any reason to believe that the United States Bankruptcy Court . . . will object to the settlement of this matter." Docket No. 38 at 1-2, ¶ 5. Based on the foregoing, the parties request that the Court stay this matter pending approval of the settlement. If the settlement is approved, however, the parties intend to filed a "joint stipulation to dismiss, with prejudice within five . . . days" of such approval. *Id.* at 2, ¶ 6. Because the parties do not predict that this case will proceed after the lifting of any such stay, it is

    **ORDERED** that the motion to stay [Docket No. 38] is DENIED. It is further

    **ORDERED** that his matter shall be administratively closed pursuant to

D.C.COLO.LCivR 41.2.  Within five days of the bankruptcy court's decision regarding the settlement, the parties shall either file a motion to dismiss with prejudice or a motion to reopen this matter.  In the absence of a motion to reopen or dismiss this case or to extend the administrative closure, this matter shall be closed in its entirety one year from the date of this order.  It is further

**ORDERED** that the trial preparation conference scheduled for May 4, 2012 and the jury trial scheduled to commence on May 14, 2012 are VACATED.

DATED April 13, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge